# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MBLAST INC., <br><br> Plaintiff, <br><br> v. <br><br> TRAACKR, INC., <br><br> Defendant. | Case No. 2:16-CV-00048 <br><br> JURY TRIAL DEMANDED |

## ORDER

Before the Court is the Joint Motion of Plaintiff Mblast Inc. and Defendant Traackr, Inc., to dismiss Plaintiff's claims against Traackr. Having carefully considered the Motion, the Court is of the opinion that it should be GRANTED.

IT IS HEREBY ORDERED that all of Plaintiff's claims against Defendant are dismissed with prejudice. The parties are to bear their own costs, expenses, and attorneys' fees.

**SIGNED this 7th day of June, 2016.**

*[signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE